(A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERNEST J. CARRINGTON, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS LONG, JR., Appellant.—

Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.